Eastern District of Kentucky
FILED
OCT 17 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 04-75-KSF

JESSIE CONWAY                                                     PETITIONER

V.                                  **ORDER**

FAYETTE COUNTY DETENTION CENTER                RESPONDENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

On February 4, 2004, petitioner filed what has been construed as a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [DE #1]. Consistent with local practice, this matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).

On August 23, 2005, the Magistrate Judge filed his report and recommendation, recommending that the petition be dismissed for failure to prosecute. Neither the petitioner nor the respondent filed objections to the Magistrate Judge's report and recommendation and the time for same has passed. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's report and recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." Thomas v. Arn, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's report and recommendation waives the right to appeal. See Wright v. Holbrook, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY

ORDERS that:

(1) the Magistrate Judge's report and recommendation [DE #6] is ADOPTED as and for the opinion of the Court;

(2) the petitioner's petition for a writ of habeas corpus [DE #1] is DISMISSED WITHOUT PREJUDICE; and

(3) judgment will be entered contemporaneously with this order.

This __17th__ day of October, 2005.

_____
KARL S. FORESTER, SENIOR JUDGE